JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>HD ADJUSTING & CONSTRUCTION doing business as HD ADJUSTING & CONSTRUCTION, LLC, a New Mexico limited liability company; and HD ADJUSTING & CONSTRUCTION, INC., a New Mexico corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CV 21-06071 DSF (JPRx)<br><br>JUDGMENT |

    The Court having granted Plaintiffs' Motion for Entry of Default Judgment,

    IT IS ORDERED, ADJUDGED, AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against HD ADJUSTING & CONSTRUCTION doing business as HD ADJUSTING & CONSTRUCTION, LLC, a New Mexico limited liability company; and HD ADJUSTING & CONSTRUCTION, INC., a New Mexico

corporation (DEFENDANTS), as follows:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $56,692.87 |
| 2 | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date, January 25, 2021 | 5,725.07 |
| 3. | Audit Fees | 2,300.00 |
| | Sub-total | $64,717.94 |
| 4. | Interest from January 25, 2021 to November 29, 2021 (accruing at $10.87 per day) | 3,347.96 |
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 9,073.03 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 4,188.72 |
| | GRAND TOTAL | $81,327.65 |

7. Plus costs to be determined after entry of judgment.

8. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of .22 % per annum.

     IT IS FURTHER ORDERED that:

 1. DEFENDANTS submit reports for the period January 2020 to present with payment for the fringe benefit contributions.

 2. DEFENDANTS are permanently enjoined and restrained for so long as they remain bound to make any payments or contributions to the Plaintiffs from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

  a. Complete, truthful, and accurate Employers Monthly Reports to Trustees for the period January 2020 to the present,

  b. A complete, truthful, and accurate Employers Monthly Report to Trustees covering all employees of DEFENDANTS, employed during the

previous month under the Agreement,

        c.     A declaration from a responsible employee of DEFENDANTS, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness, and accuracy for DEFENDANTS's Monthly Report; and

        d.     Checks for the full amount shown as owing to each Trust on DEFENDANTS's Monthly Report, payable as designated on the Monthly Report.

DATED: November 29, 2021

                                      /s/ Dale S. Fischer
                                      DALE S. FISCHER
                                      UNITED STATES DISTRICT JUDGE